UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-00059-BR

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HENRY L. ANDERSON, JR., | ) | ORDER |
| | ) | |
| DEBTOR. | ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 11 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge